# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**WALTER FISHER,**

    Plaintiff,

v.                                                     **CASE NO. 1:06-cv-00137-MP-AK**

**WILLIAM BAXTER, et al,**

    Defendants.

_____/

## REPORT AND RECOMMENDATION

Plaintiff has filed a Motion for Change of Venue on the grounds that the defendants named in his complaint all reside in the Middle District. (Doc. 1). The Court had not yet reviewed the complaint because the initial filing fee had not been resolved, but upon the filing of the present motion the complaint has been reviewed and the defendants named therein are in Bartow and Lakeland, which makes the proper forum for this action pursuant to 28 U.S.C. § 1391(b) and 28 U.S.C. § 89(b) the United States District Court for the Middle District of Florida, Tampa Division.

A federal district court has the authority under 28 U.S.C. § 1406(a) to transfer a case to another district or division "in which it could have been brought." A court may raise the issue of defective venue *sua sponte*, but should not dismiss an improperly filed case for lack of venue without giving the parties an opportunity to respond. Lipofsky v. New York State Workers Comp. Bd., 861 F.2d 1257, 1259 (11th Cir. 1988). The Lipofsky court did not place the same limitations on the court's ability to transfer a case to the appropriate forum pursuant to 28 U.S.C. § 1404(a). See Lipofsky, 861 F.2d at 1259, n. 2. Thus, it is recommended that the case be transferred rather than dismissed. There is no need for a

hearing on this transfer.  *Cf.* Costlow v. Weeks, 790 F.2d 1486, 1488 (9th Cir. 1986) *with* Starnes v. McGuire, 512 F.2d 918, 934 (D.C. Cir. 1974).

In light of the foregoing, and pursuant to 28 U.S.C. §§ 1404(a) and 1406(a), the undersigned respectfully **RECOMMENDS** that Plaintiff's Motion for Change of Venue (doc. 18) be **GRANTED**, and that this cause of action be transferred to the United States District Court for the Middle District of Florida, Tampa  Division, for all further proceedings.

**IN CHAMBERS** at Gainesville, Florida, this **5th**  day of September, 2006.

s/ A. KORNBLUM
**ALLAN KORNBLUM
UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**